IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

ANGELIQUE CASTADIA DEVEROUIX,     *

          Plaintiff,     *

v.          Case No.  5:25-cv-00389-MTT-ALS

     *

Corporal JASON SEAMAN, et al,

     *

          Defendants.

     *

## J U D G M E N T

Pursuant to this Court's Order dated 4/3/2026, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 3rd day of April, 2026.

David W. Bunt, Clerk


s/ Raven K. Alston, Deputy Clerk